# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-16140-JKF

FERNANDO LUIS VERA, JR.
ELIZABETH VERA
6605 Martins Mill Road

Philadelphia, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    FERNANDO LUIS VERA, JR.
    ELIZABETH VERA
    6605 Martins Mill Road

    Philadelphia, PA 19111

Counsel for debtor(s), by electronic notice only.

    JOHN A. ZURZOLA ESQ
    WILLIG,WILLIAMS & DAVIDSON
    1845 WALNUT STREET  25TH FLOOR
    PHILADELPHIA, PA 19103-

/S/ William C. Miller

Date: 10/25/2016

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee