WEBER GALLAGHER
John A. Zurzola, Esquire
One Montgomery Plaza
425 Swede Street, Suite 1001
Norristown, PA 19401
T: 610.278.1518, F: 610.272.6976
jzurzola@wglaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN RE:  FERNANDO LUIS VERA, JR.,   :   Bankruptcy No. 15-16140-JKF
       and ELIZABETH VERA,          :
                                     :   Chapter 13
    Debtors

---

**CERTIFICATE OF SERVICE**

I, John A. Zurzola, Esquire, attorney for the debtors hereby certify that on November 23, I caused to be served by first class mail or by electronic means, a copy of the Response to Standing Trustee's Motion for Dismissal upon the following parties:

| William C. Miller, Trustee<br>P.O. Box 40119<br>Philadelphia, Pa. 19106-0119 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107 |
|---|---|

Date: November 23, 2016               WILLIG, WILLIAMS & DAVIDSON

                                                By:   /s/ John A. Zurzola
                                                    John A. Zurzola, Esquire