United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                     Case No. 15-16140-jkf
Fernando Luis Vera, Jr.                                    Chapter 13
Elizabeth Vera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG           Page 1 of 2           Date Rcvd: Dec 09, 2016
                              Form ID: pdf900           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
```
db/jdb         +Fernando Luis Vera, Jr.,    Elizabeth Vera,    6605 Martins Mill Road,
                 Philadelphia, PA 19111-4622
13594053       +CENTRAL FINL CONTROL,    P.O. BOX 66044,    Anaheim, CA 92816-6044
13594054       +CONVERGENT OUTSOURCING,    800 SW 39TH STREET,    Renton, WA 98057-4975
13674177        CREDITONE, LLC,    P.O. BOX 625,    METAIRIE, LA  70004-0625
13681818        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13594055       +GM FINANCIAL,    P.O. BOX 181145,    Arlington, TX 76096-1145
13586813       +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13594057       +MIDLAND FUNDING,    2365 NORTHSIDE DRIVE,    San Diego, CA 92108-2709
13586815      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13586814       +Nationstar Mortgage,    P.O. Box 619094,    Dallas, TX 75261-9094
13611459       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3Fl
13630349       +Porania LLC,   P. O. Box 11405,    Memphis, TN 38111-0405
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 10 2016 01:54:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 10 2016 01:53:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 10 2016 01:53:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13594052       +E-mail/Text: bnc-applied@quantum3group.com Dec 10 2016 01:53:34     Applied Bank,
                 660 PLAZA DRIVE,    Newark, DE 19702-6369
13667556        E-mail/Text: bankruptcy@phila.gov Dec 10 2016 01:54:09     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13594061       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2016 01:51:19
                 PORTFOLIO RECOVERY ASS,    120 CORPORATE BLVD,    SUITE 1,    Norfolk, VA 23502-4952
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13594060         PA SCDU c/o Jennifer Costano
13594056*      +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13594059*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13629849*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
13594058*      +Nationstar Mortgage,    P.O. Box 619094,    Dallas, TX 75261-9094
                                                                                      TOTALS: 1, * 4, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                  Date Rcvd: Dec 09, 2016
                              Form ID: pdf900              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOHN A. ZURZOLA    on behalf of Joint Debtor Elizabeth  Vera jzurzola@wglaw.com
              JOHN A. ZURZOLA    on behalf of Debtor Fernando Luis Vera, Jr. jzurzola@wglaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FERNANDO LUIS VERA, JR.                    Chapter 13
ELIZABETH VERA

              Debtor              Bankruptcy No. 15-16140-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 9, 2016**

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN A. ZURZOLA ESQ
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT STREET  25TH FLOOR
PHILADELPHIA, PA 19103-


Debtor:
FERNANDO LUIS VERA, JR.
ELIZABETH VERA
6605 Martins Mill Road

Philadelphia, PA 19111